IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bonds, Adrienne J | Case Number: 07 B 13932 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed: 8/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 21, 2008
Confirmed: October 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,605.00 | |
| Secured: | | 8,782.69 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,100.00 |
| Trustee Fee: | | 722.31 |
| Other Funds: | | 0.00 |
| Totals: | 12,605.00 | 12,605.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,100.00 | 3,100.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 37,339.64 | 6,500.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 13,190.92 | 2,282.69 |
| 6. | Nuvell Credit Company LLC | Unsecured | 1,248.73 | 0.00 |
| 7. | Capital One | Unsecured | 2,715.56 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 277.46 | 0.00 |
| 9. | Capital One | Unsecured | 665.04 | 0.00 |
| | | | $ 58,537.35 | $ 11,882.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 476.28 |
| 6.5% | 246.03 |
| | $ 722.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Bonds, Adrienne J

Printed: 12/02/08

Case Number:  07 B 13932
Judge:  Goldgar, A. Benjamin
Filed:  8/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

